

**A.M.P.**

v.

**L.A.**

**177 EDA 2017**

Superior Court of Pennsylvania.

6/9/2017

C0048–CV–2015–11487
(Northampton)
Affirmed

**COM.**

v.

**RUBIN, M.**

**189 EDA 2017**

Superior Court of Pennsylvania.

06/09/2017

CP–09–CR–0005019–2016 (Bucks)
Remanded

**COM.**

v.

**JILES, S.**

**1063 MDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–67–CR–0002718–2009
CP–67–CR–0002719–2009

CP–67–CR–0002745–2010
CP–67–CR–0003039–2009
(York)
Remanded Jurisdiction Retained

**N.S.G.**

v.

**C.L.O.**

**1332 MDA 2016**

Superior Court of Pennsylvania.

06/09/2017

2011–CV–4775–CU
(Dauphin)
Quashed

**COM.**

v.

**GALLI, H.**

**1336 MDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–40–CR–0000828–2011 (Luzerne)
Affirmed

